WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Floyd, | No. CV-19-00341-TUC-DCB (P) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Health Incorporated, et al., | |
| Defendants. | |

The Court, having considered the parties Stipulation to Extend Responsive Pleading Deadline in the above-referenced matter, and good cause appearing,

**Accordingly,**

**IT IS ORDERED**, pursuant to the Stipulation (Doc. 4), the Defendants shall have until no later than August 7, 2019 to file a responsive pleading in the above-titled action.

**IT IS FURTHER ORDERED** that this is a one time extension, pursuant to the Mandatory Initial Discovery Pilot ¶ A.5, General Order 17-08 Amended November 1, 2018; NO FURTHER EXTENSIONS WILL BE GRANTED.

Dated this 22nd day of July, 2019.

Honorable David C. Bury
United States District Judge